BRANCH OFFICE COPY
52090021

# Orkin Exterminating Company, Inc.
## Subterranean Termite Agreement
*Does Not Protect Against Formosan Termites*

SC 22109   RZ

Buyer's Name (To appear on Guarantee): Allen C. Eschete
Date of Transaction: 2-14-91
Street Address (To appear on Guarantee) (Treated Premises): 24 Country Club Dr.
City: Houma   State: LA   Zip Code: 70360
Home Phone (Area Code): 504-872-6454

Name (Agent): Ellen C. Eschete
Street Address (Mailing Address): P.O. Box 571
City: Houma   State: LA   Zip Code: 70361

Type of Structure: Crawl
[X] Consumer Contract   [ ] Commercial Contract

ORKIN is to treat my building at the above address described in the attached Inspection/Treating Report for: [X] prevention, [ ] presumptive evidence, [ ] control of Subterranean Termites.

**ORKIN CONTINUOUS PROTECTION GUARANTEE**
[X] Full Renewable Subterranean Termite Home Ownership Repair Guarantee (OR)
[ ] Limited Lifetime Renewable Subterranean Termite Re-Treatment Guarantee (LC)
[X] Pretreat Guarantee (PO) (Same as OR)
[ ] No Guarantee Issued

**IMPORTANT:** Please refer to the back of this page for the explanation of the Guarantee to be issued.

I will receive my Guarantee after completion of ORKIN's initial treatment. My Guarantee will cover my building described in the attached Inspection/Treating Report and will be subject to and governed by the terms of this Agreement, including the explanation of the Guarantee and the General Terms and Conditions appearing on the back of this page. My Guarantee will become effective when I pay the initial charges for treatment and any related services I might order, and after that for as long as I pay my annual renewal payment on or before each anniversary date of this Agreement.

**OFFER EXPIRATION:** ORKIN's offer to perform these services in accordance with the terms, conditions and price stated in this Agreement shall expire if not accepted within 30 days.

**CHEMICAL TREATMENT:** All termiticides are registered by the Environmental Protection Agency. It is ORKIN's policy to apply termiticide only as directed on the label authorized by the appropriate government agency.
I have received a booklet regarding termiticides, and understand that ORKIN will use an EPA registered termiticide to treat my home. (INITIALS) MEas

**RENEWAL INCREASE:** My annual renewal payment currently is $100.00 plus tax where applicable, but may be increased by ORKIN by giving me written notice before the renewal date. My annual renewal payment may be increased not more than 10% per year or the annual rate of inflation (as measured by the Consumer Price Index), whichever is greater. If ORKIN does not increase my annual renewal payment in any one or more years, at the next increase ORKIN may include any amount it would have been permitted to increase in that prior year or period of years.

**REINSPECTION:** So long as my Guarantee is effective, ORKIN will reinspect my premises when ORKIN believes it necessary, or annually if I request it. No failure on my part to request a reinspection shall affect my rights under this contract. I agree to make my building and premises available for ORKIN's reinspection.

**IMPORTANT:** I have read the explanation of the Guarantee to be issued, including the limitations and restrictions on the Guarantee, contained on the back of this page. The attached Inspection/Treating Report and back of this Agreement contain important provisions which are part of this Agreement.

METHOD OF PAYMENT: [ ] FINANCED [ ] CASH
BALANCE DUE UPON COMPLETION OF WORK

1. Services Purchased:
   a. Initial Treatment ............ $1125.00
   b. Other ..................... $ -0-
   c. Additional Renewal for 1 years $100.00
   Total (sum a + b + c) .......... $1225.00
2. Other Items:
   a. Sales Taxes ................ $ -0-
   b. Other Fees Paid to Public Officials .... $ 5.00
   Total (sum a + b) .............. $ 5.00
3. TOTAL: Cash Price (sum 1 + 2) ..... $1230.00
4. LESS: Cash Down Payment ... $1230.00
5. Unpaid Balance of Cash Price (3 minus 4) ..... $ -0-

DOWN PAYMENT MADE BY: [X] CHECK   [ ] CASH
[ ] CREDIT CARD
Type  Exp. Date   Account Number

Orkin Exterminating Company, Inc.
Inspector: L.G. Cobb
Inspector's Soc. Sec. #: 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
Street: 109 Venture Blvd
City: Houma   State: LA   Zip Code: 70360
Branch Phone #: 879-1535
21-901-5 REV. 9/89

**IF THE METHOD OF PAYMENT IS FINANCED:**
**PAYMENT:** For the services and Guarantee ORKIN is providing under this contract, I agree to pay to ORKIN EXTERMINATING COMPANY, INC. or anyone to whom ORKIN assigns this contract, the Total of Payments shown below according to the payment schedule shown below.
**ASSIGNMENT:** I understand my contract may be serviced by or assigned to **ROLLINS ACCEPTANCE COMPANY, ("RAC"),** 2170 Piedmont Road NE, Atlanta, Georgia 30324. If I am notified in writing that ORKIN has assigned my contract to RAC, I agree to make payments directly to them.
**LATE PAYMENT/DEFAULT:** If I am late in making a payment for more than 30 days, I understand ORKIN or RAC can require me, after default, to pay at once the entire unpaid balance of my debt less unearned finance charges.
**COLLECTION COSTS:** I agree to pay any necessary court costs if ORKIN or RAC files suit to collect plus reasonable attorney's fees, if allowed by state law.
**TERMINATION:** I also understand that ORKIN and RAC can terminate my contract and Guarantee if I am 30 days late in making any payment, and ORKIN will then have no further obligation to me.
**WAIVER OF LIEN:** If this is a consumer contract, ORKIN waives any and all liens on my property to which it may be entitled.
**CREDIT INVESTIGATION:** I authorize ORKIN or RAC to investigate my past credit record and to report my performance of this contract to properly authorized persons or credit reporting agencies.

6. Creditor — Orkin Exterminating Company, Inc.
7. Amount Financed (the amount of credit provided on my behalf) ......... $_____
8. **FINANCE CHARGE** (the dollar amount my credit will cost) ............ $_____
9. Total of Payments (the amount I will have paid when I have made all scheduled payments) ... $_____
10. Total Sale Price (the total cost of my purchase on credit, including my down payment of $_____) $_____
11. **ANNUAL PERCENTAGE RATE** (the cost of my credit as a yearly rate) ............ _____%
12. Payment Schedule: I will pay ___ monthly payments of $_____, each commencing on _____ 10, 20, 30, 19___ (month) (circle one) (year) and on the same day of each succeeding month until this obligation is paid in full.
13. Late Charge—If a payment is late by more than 10 days, I will be charged $3.00 or 5% of the payment, whichever is less, as a late fee.
14. Prepayment—If this is a consumer contract, I will be entitled to a rebate of unearned finance charge if I prepay this obligation in full.

I should refer to the rest of this Retail Installment Agreement for information about non-payment, default, your right to accelerate the maturity of this obligation, and prepayment rebates and penalties.

[Item 5 equals Item 7 above] [Item 9 above equals Item 7 PLUS Item 8] [Item 10 above equals Item 9 PLUS Item 4]

**NOTICE TO BUYER (FOR CONSUMER CONTRACTS ONLY)**
1. I AM ENTITLED TO AN EXACT, SIGNED COPY OF THIS AGREEMENT.
2. I HAVE THE RIGHT TO PAY IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS TO OBTAIN A PARTIAL REFUND OF THE FINANCE CHARGE SHOWN ABOVE. IF I AM IN DEFAULT AND ORKIN OR RAC REQUIRES THAT I IMMEDIATELY PAY OFF THE UNPAID BALANCE OF MY OBLIGATION, I WILL RECEIVE A PARTIAL REFUND OF THE FINANCE CHARGE SHOWN ABOVE.
3. BUYER'S RIGHT TO CANCEL—I MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.
4. CAUTION—IT IS IMPORTANT THAT I THOROUGHLY READ THIS AGREEMENT BEFORE I SIGN IT. I WILL NOT SIGN THIS AGREEMENT BEFORE I READ IT OR IF IT CONTAINS ANY BLANK SPACE. I WILL KEEP IT TO PROTECT MY LEGAL RIGHTS.

**RETAIL INSTALLMENT CONTRACT**
I ACKNOWLEDGE RECEIPT OF A SIGNED COPY OF THIS CONTRACT, TOGETHER WITH AN ORAL EXPLANATION OF MY RIGHT TO CANCEL THIS SALE.

DATE: 2-14-91   BUYER OR BUYER'S AUTHORIZED AGENT: Mrs. Allen C. Eschete

## FULL RENEWABLE SUBTERRANEAN TERMITE HOME OWNERSHIP REPAIR GUARANTEE (OR)

Subject to the limitations and restrictions set forth in this Agreement, specifically including the General Terms and Conditions below, ORKIN will issue to me a Full Renewable Subterranean Termite Home Ownership Repair Guarantee which obligates ORKIN, for as long as I own the premises, to re-treat when required and to repair any new damage to my building or its contents caused by Subterranean Termites, provided I establish that the damage was caused by Subterranean termites within the period of this Guarantee and that at the time I discover the new damage, the damaged areas are infested with live Subterranean Termites. I understand I can hold ORKIN responsible for such repairs only when they are made with ORKIN's approval and under ORKIN's supervision and control. I further understand that ORKIN's liability for these repairs is strictly limited to any new Subterranean Termite damage to the treated premises and the contents therein. ORKIN's liability for repairs to commercial structures and multi-unit residential apartments, townhouses and condominiums is limited to and shall not exceed a total of $250,000. This Guarantee is not transferable after one year from the original treatment date. **DOES NOT PROTECT AGAINST FORMOSAN TERMITES.**

## LIMITED LIFETIME RENEWABLE SUBTERRANEAN RE-TREATMENT GUARANTEE (LC)

Subject to the limitations and restrictions set forth in this Agreement, specifically including the General Terms and Conditions below, ORKIN will issue to me a Re-Treatment Guarantee, which obligates ORKIN, at no extra cost to me, to apply any necessary additional treatment to my building if an infestation of Subterranean Termites is found during the effective period of my Guarantee. I understand that ORKIN's obligation under this Guarantee is limited to re-treatment only. I expressly release ORKIN from any obligations to repair any damage to my building or its contents caused by an infestation of Subterranean Termites. This Guarantee is transferable to a subsequent owner of the premises. **DOES NOT PROTECT AGAINST FORMOSAN TERMITES.**

### GENERAL TERMS AND CONDITIONS

1. I agree that under this Agreement and my Guarantee, ORKIN is not responsible for the repair of visible damage which presently exists, except damage that is described on the Inspection/Treating Report and for which I pay ORKIN a specific charge to do the repair work. It is possible that damage may presently exist in unexposed or hidden areas of my structure in areas that can't be visually inspected. For this reason I understand that ORKIN cannot guarantee that the damage discovered by a visual inspection of my premises (and which is indicated on the Inspection/Treating Report) is all the damage which presently exists. Therefore, I specifically agree not to hold ORKIN responsible for the repair of any present damage existing in areas or in structural members of my building which are unexposed or which can't be visually inspected as of the date I sign this Agreement.

2. I understand that structural or mechanical problems which result in water leakage inside my building or through the roof or outside walls of my building may destroy the effectiveness of ORKIN's treatment and this could allow termites to continue to exist in my building. If such a condition is discovered, I will be responsible at my own expense for making any repairs necessary to correct the structural or mechanical problem and, after I make the repairs, ORKIN will treat my building again to control the infestation in that area.

3. This Agreement and my Guarantee cover my building shown on the attached Inspection/Treating Report as it now exists, and if I modify, alter or otherwise change my building after ORKIN treats it, this Agreement and my Guarantee will terminate unless I contact ORKIN and we sign a new Agreement for ORKIN to reinspect my building, provide additional treatment, or adjust my annual renewal payments, or all of these. ORKIN's failure to notice structural changes during future reinspections does not release me from my obligations.

4. If my building has any moisture or structural conditions, which support Subterranean Termites after ORKIN's initial treatment under this Agreement, then I agree not to hold ORKIN responsible for any damage repairs.

5. (a) I WILL MAKE ANY CLAIM FOR BREACH OF MY GUARANTEE PROMPTLY IN WRITING TO ORKIN EXTERMINATING COMPANY, INC. 2170 PIEDMONT ROAD, N.E., ATLANTA, GEORGIA 30324. I WILL NOT BRING A LAWSUIT AGAINST ORKIN WITHOUT ALLOWING ORKIN TO FIRST ENTER AND REINSPECT MY BUILDING. I ALSO AGREE NOT TO BRING A LAWSUIT AGAINST ORKIN UNLESS I FILE IT WITHIN A YEAR AFTER MY WRITTEN CLAIM IS SENT.
   (b) THIS ONE YEAR LIMIT DOES NOT APPLY IF THE LAW OF MY STATE REQUIRES ORKIN TO PROVIDE ME WITH ADDITIONAL TIME TO BRING A LAWSUIT.

6. I agree that ORKIN's obligations under this Agreement and my Guarantee shall be cancelled if ORKIN can't perform its responsibilities because of acts of war, whether declared or not, damage, acts of any duly constituted government authority, seizure, riots, civil commotions, strikes or other labor disputes, fires, floods, storms, other acts of God, failure of supplies from ordinary sources, lack of usual means of transportation, my failure to allow ORKIN access to my building for any purpose, including making reinspection, whether the reinspection was requested by me or by ORKIN, or any other reason beyond ORKIN's control.

7. My Agreement is a consumer contract if the service ORKIN is providing to me are for my personal, family or household purposes. My three day cancellation right and ORKIN's agreement to waive its lien right on my property apply only if my Agreement is a consumer contract.

8. Any notices and other communications which I have for ORKIN or which ORKIN has for me will be in writing and sent first class mail with proper postage to my address or ORKIN's address cited on the front side of this Agreement.

9. THE FACT THAT ANY ONE PORTION OF MY CONTRACT MAY BE INVALID SHALL NOT AFFECT THE VALIDITY OF THE OTHER PARTS OF MY AGREEMENT.

10. I UNDERSTAND THAT THIS CONTRACT, THE ATTACHED INSPECTION/TREATING REPORT, IF ISSUED AND THE WOODEN FLOOR REMOVAL AGREEMENT IF ANY, ALL TOGETHER MAKE UP MY COMPLETE AGREEMENT WITH ORKIN AND THAT THIS AGREEMENT MAY NOT BE CHANGED IN ANY WAY BY ANY REPRESENTATIVE OF ORKIN OR ME UNLESS IT IS CHANGED IN WRITING AND SIGNED BY A CORPORATE OFFICER OF ORKIN EXTERMINATING COMPANY INC. I HAVE HAD NO REPRESENTATIONS OR INDUCEMENTS MADE TO ME EXCEPT WHAT IS WRITTEN IN THIS AGREEMENT AND ORKIN AND I WILL BE BOUND ONLY BY ITS WRITTEN TERMS.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**